Shan Davis (SBN 9323)
**DAVIS|STIBOR**
10845 Griffith Peak Drive
Second Floor
Las Vegas, NV 89135
Telephone: (702) 718-9940
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAKASH SHOWCASE II, LLC; SG VEGAS OWNER, LLC; and GC VEGAS RETAIL, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; and ROE COMPANIES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-00540-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO DEFENDANT'S MOTION TO DISMISS** |

All parties hereby stipulate and request that the Court enter an order extending the briefing schedule as it pertains to DEFENDANTS FEDERAL INSURANCE COMPANY ("Defendant"), Motion to Dismiss (the "Motion"). The parties agree to extend PLAINTIFFS NAKASH SHOWCASE, II, LLC's; SG VEGAS OWNER, LLC's; and GC VEGAS RETAIL, LLC's time to respond to the Motion for thirty (30) days, up to May 24, 2021. The parties further agree to extend Defendant's time to file a Reply by fourteen (14) days, up to June 14, 2021. Good cause exists for the request, which is stipulated and agreed between the parties as follows:

　　　　1.　　On February 10, 2021, Plaintiffs filed their Complaint against Defendant in the Eighth Judicial District Court, Clark County, Nevada, Case Number A-21-829284-B (the "State Court Action").

　　　　2.　　On April 2, 2021, Defendant filed a Petition for Removal with this Court and the Eighth Judicial District Court to remove the State Court Action to this Court claiming diversity of diversity of citizenship as the grounds thereof. (ECF No. 1).

3.     On April 9, 2021, Defendant filed a motion to dismiss Plaintiffs' complaint. (ECF No. 5)

4.     Plaintiffs' response to Defendant's motion to dismiss is due on April 23, 2021.

5.     Plaintiffs have provided Defendant with information they believe could defeat diversity of citizenship jurisdiction, which is the basis of this Court's jurisdiction in this case. The parties are currently discussing and attempting to resolve the issues of whether there is diversity, and whether the case should remain with this Court, or be remanded to State Court.

6.     While the parties discuss and attempt to resolve the issue of diversity of citizenship in good faith, they hereby agree and stipulate to extend the time for Plaintiffs to file a response for the period of thirty (30) days, to May 24, 2021 and the time for Defendant to file a reply for the period of fourteen (14) days, to June 14, 2021. The parties respectfully request that the court so order.

Dated: April 23, 2021.                                              Dated: April 23, 2021.

**DAVIS|STIBOR**                                                **FORAN GLENNON PALANDECH PONZI & RUDLOFF**

/s/ Shan Davis                                                         /s/ Amy M. Samberg
Shan Davis (SBN 9323)                                         Amy M. Samberg (SBN 10212)
10845 Griffith Peak Drive, 2nd Floor                  Lee H. Gorlin (SBN 13879)
Las Vegas, NV 89135                                           2200 Paseo Verde Parkway, Ste 280
*Attorneys for Plaintiffs*                                       Henderson, NV 89052
                                                                              *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this  27th  day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE