Shan Davis (SBN 9323)
**DAVIS|STIBOR**
10845 Griffith Peak Drive
Second Floor
Las Vegas, NV 89135
Telephone: (702) 718-9940
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAKASH SHOWCASE II, LLC; SG VEGAS OWNER, LLC; and GC VEGAS RETAIL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY; and ROE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00540-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(Second Request)** |

All parties hereby stipulate and request that the Court enter an order extending the time for PLANTIFFS, NAKASH SHOWCASE, II, LLC, SG VEGAS OWNER, LLC and GC VEGAS RETAIL, LLC (collectively "Plaintiffs"), to respond to DEFENDANT'S, FEDERAL INSURANCE COMPANY ("Defendant"), Motion to Dismiss for thirty (30) days, up to June 25, 2021 and Defendant's time to reply for thirty (30) days, up to July 16, 2021. Good cause exists for the request, which is stipulated and agreed between the parties as follows:

1. On February 10, 2021, Plaintiffs filed their Complaint against Defendant in the Eighth Judicial District Court, Clark County, Nevada, Case Number A-21-829284-B (the "State Court Action").

2. On April 2, 2021, Defendant filed a Petition for Removal with this Court and the Eighth Judicial District Court to remove the State Court Action to this Court claiming diversity of diversity of citizenship as the grounds thereof. (ECF No. 1)

3. On April 9, 2021, Defendant filed a motion to dismiss Plaintiffs' complaint. (ECF No. 5)

4. Plaintiffs' response to Defendant's motion to dismiss is due on May 24, 2021 pursuant to prior stipulation.

5. Plaintiffs have provided Defendant with information they believe could defeat diversity of citizenship jurisdiction, which is the basis of this Court's jurisdiction in this case. The parties are currently discussing and attempting to resolve the issues of whether there is diversity, and whether the case should remain with this Court, or be remanded to State Court.

6. While the parties discuss and attempt to resolve the issue of diversity of citizenship in good faith, they hereby agree and stipulate to extend the time for Plaintiffs to file a response for the period of thirty (30) days, to June 25, 2021 and Defendants' reply on July 16, 2021. The parties respectfully request that the court so order.

Dated: May 21, 2021.

**DAVIS|STIBOR**

/s/ Shan Davis
Shan Davis (SBN 9323)
10845 Griffith Peak Drive, 2nd Floor
Las Vegas, NV 89135
*Attorneys for Plaintiffs*

Dated: May 21, 2021.

**CLYDE & CO.**

/s/ Amy M. Samberg
Amy M. Samberg (SBN 10212)
Lee H. Gorlin (SBN 13879)
3960 Howard Hughes Pkwy., Ste. 500
Las Vegas, NV 89169
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this _1st_ day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE